**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7762

MARCUS T. MITCHELL,

Petitioner - Appellant,

v.

LESLIE FLEMING, Warden of Keen Mountain Correctional Center,

Respondent - Appellee,

and

UNKNOWN,

Respondent.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Ivan Darnell Davis, Magistrate Judge. (1:14-cv-01070-JCC-IDD)

Submitted: March 17, 2015          Decided: March 20, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marcus T. Mitchell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus T. Mitchell appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2254 (2012) petition for failing to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. <u>Mitchell v. Fleming</u>, No. 1:14-cv-01070-JCC-IDD (E.D. Va. Nov. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>